JS-6

J. CURTIS EDMONDSON (SBN 236105)
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
(503) 701-9719 – Telephone
(503) 214-8470 – Facsimile
Email: jcedmondson@edmolaw.com

Attorney for Plaintiffs

BIN LI (SBN 223126)
LAW OFFICES OF BIN LI, PLC
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 861-6880
Facsimile: (909) 861-8820
Email: bli@libinlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAHAWK 30 IMPORTERS, LTD, a Canadian Corporation; SAFEGUARD 30, LLC, an Oregon Limited Liability Company; <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL INTEGRATION LLC, a California Limited Liability Company, <br><br> Defendant. | **Case No.: CV 13-7158-GW(PJWx)** <br><br> **ORDER FOR THE PARTIES JOINT STIPULATION RE SETTLEMENT AND DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP Rule 41(A)(1)(a)(ii)** <br><br> Hon. George H. Wu |

[PROPOSED] ORDER FOR THE PARTIES JOINT STIPULATION RE SETTLEMENT AND
DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE
1

WHEREAS:

Plaintiff TOMAHAWK 30 IMPORTERS, LTD, a Canadian Corporation, SAFEGUARD 30, LLC, an Oregon Limited Liability Company (hereafter collectively as "SAFEGUARD") on one hand, and Defendant INTERNATIONAL INTEGRATION LLC, a California Limited Liability Company (hereafter "INTEGRATION"), having STIPULATED,

It is SO ORDERED:

1. This ACTION is hereby DISMISSED WITH PREJUDICE pursuant to FRCP Rule 41(a)(1)(A)(ii);

2. This Court shall retain jurisdiction for a period of one year, pursuant to *Kokkonen vs. Guardian Life Insurance Company* (1994) 511 U.S. 375, to allow for the enforcement of all terms of this Agreement, including the transfer of the domain name, www.capital30.com;

Dated: January 17, 2014

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE